

CT Corporation

**Service of Process Transmittal**
11/13/2012
CT Log Number 521596545

**TO:** Sheron Young
Wal-Mart Stores, Inc.
702 SW 8th Street
Bentonville, AR 72716

**RE:** **Process Served in Tennessee**

**FOR:** Wal-Mart Stores East, Inc. (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Yager Amanda and Stephen Yager, Pltfs. vs. Wal-Mart Stores East, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Return on Service, Complaint |
| **COURT/AGENCY:** | Wilson County Circuit Court, TN<br>Case # 2012CV634 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - Failure to maintain premises in a safe condition - On or about July 1, 2012 plaintiff Amanda Yager was shopping at the Wal-Mart store located at 615 South Cumberland Street, Lebanon, Wilson County, Tennessee where she slipped and fell on a liquid on the floor sustaining injuries to herself |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/13/2012 at 12:30 |
| **JURISDICTION SERVED :** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date this summons is served upon you |
| **ATTORNEY(S) / SENDER(S):** | Donald D. Zuccarello<br>The Law Office of Donald D. Zuccarello<br>3209 West End Avenue<br>Nashville, TN 37203<br>615-259-8100 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/13/2012, Expected Purge Date: 11/18/2012<br>Image SOP<br>Email Notification, Scott LaScala-CT East CLS-VerificationEast@wolterskluwer.com<br>Email Notification, Sheron Young ct.lawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 800 S. Gay Street<br>Suite 2021<br>Knoxville, TN 37929-9710 |
| **TELEPHONE:** | 800-592-9023 |

Page 1 of 1 / MM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT
tabbies
A

*Service*

| CIRCUIT COURT SUMMONS | | LEBANON, TENNESSEE |

## STATE OF TENNESSEE
## WILSON COUNTY

First __X__  Alias ____  Pluries ____

CIVIL ACTION
DOCKET NO. 2012-CV-634

**AMANDA YAGER and STEPHEN YAGER**

Plaintiff

vs.

**WAL-MART STORES EAST, INC.**
c/o CT Corporation System,  Registered agent
800 S. Gay Street, Suite 2021
Knoxville, TN 37929-9710

Defendant.

**Method of Service:**
____ In County Sheriff
__X__ Out of County Sheriff
____ Secretary of State
____ Certified Mail
____ Personal Service
____ Commissioner of Insurance

**FILED**
A.M. OCT 2 4 2012 P.M.   12:35 CW

LINDA NEAL
CIRCUIT COURT CLERK
WILSON COUNTY, TN

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in Wilson County Circuit Court, Wilson County, 134 South College Street, First Floor, Lebanon, Tennessee 37087 and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

ISSUED: October 24, 2012

Linda Neal
Circuit Court Clerk
Warren County, Tennessee

By _Cola Williams_
Deputy Clerk

ATTORNEY FOR PLAINTIFF

Donald D. Zuccarello
3209 West End Avenue, Nashville, TN 37203,
(615) 259-8100

or
PLAINTIFF'S ADDRESS

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

Linda Neal
Circuit Court Clerk

Received this summons for service this __30__ day of __Oct__, 20__12__.

WC Bennett #B1364
SHERIFF

Case 3:12-cv-01289   Document 1-1   Filed 12/11/12   Page 2 of 3 PageID #: 5

# RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that on the _____ day of NOV 1 3 2012 _____, 20_____, I:
Served Special Assistant Secret
_____ served this summons and complaint/petition on T. Corpora
Service of Process CT Corpora
System the Registered Agent for _____ in the following manner:

Fricka Fry      Walmart Stores East Inc
_____
                    Company

_____ failed to serve this summons within 30 days after its issuance because _____

W C Bryant #B1364 Sh
eriff/Process Server

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of _____, 20___. I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the compliant in Docket No._____

to the defendant, _____. On the _____ day of _____

20____, I received the return receipt for said registered or certified mail, which had been signed by _____

on the _____ day of _____, 20____. Said return receipt is attached to this original summons and both documents are

being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS
_____ DAY OF _____, 20_____.

_____ NOTARY PUBLIC or _____ DEPUTY CLERK
MY COMMISSION EXPIRES: _____

PLAINTIFF, PLAINTIFF'S ATTORNEY
OR OTHER PERSON AUTHORIZED
BY STATUTE TO SERVE PROCESS

## NOTICE
TO THE DEFENDANT(S):
Tennessee law provides a four thousand dollar ($4,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)

STATE OF TENNESSEE     I, Linda Neal, Clerk of the Circuit Court in the State and County aforesaid,
COUNTY OF WILSON  do hereby certify this to be a true and correct copy of the original summons issued
                        In this case.
                                                Linda Neal, CLERK
(To be completed only if
copy certification required.)
                                By: _____ D.C.