IN THE CIRCUIT COURT FOR WILSON COUNTY, TENNESSEE
AT LEBANON

| | |
|---|---|
| AMANDA YAGER and STEPHEN YAGER | )<br>)<br>) |
| Plaintiffs, | ) Docket No: 2012-CV-634<br>) JURY DEMAND (12) |
| v. | )<br>) |
| WAL-MART STORES EAST, INC. | )<br>) |
| Defendant. | ) |

FILED 12:35 a.m.
A.M. OCT 2 4 2012 P.M.
LINDA NEAL
CIRCUIT COURT CLERK
WILSON COUNTY, TN

## COMPLAINT

COME NOW the Plaintiffs, Amanda Yager and Stephen Yager, by and through their undersigned counsel, and would show unto this Honorable Court a cause of action as follows:

1. The Plaintiffs, Amanda Yager and Stephen Yager, (hereinafter "Plaintiffs") are citizens and residents of Lebanon, Wilson County, Tennessee.

2. The Defendant, Wal-Mart Stores East, Inc., (hereinafter "Defendant Wal-Mart") is a foreign corporation authorized to be and doing business in Lebanon, Wilson County, Tennessee and principally located at 702 Southwest 8th Street, Bentonville, Arkansas.

3. On or about July 1, 2012, the Plaintiff, Amanda Yager, was shopping at the Defendants' Store located at 615 South Cumberland Street, Lebanon, Wilson County, Tennessee when she slipped and fell on a wet and slick floor.

4. The Plaintiff was shopping in the store when she slipped and fell on a liquid on the floor. There were no wet floor signs or notices to indicate the floor was wet or slippery. The Defendant possessed actual and/or constructive notice of the hazardous, slippery and unsafe conditions on their premises.

EXHIBIT B

5. As a result of the fall, the Plaintiff Amanda Yager suffered personal injuries.

6. At said date and time, the Defendant was responsible and vicariously liable for the negligent acts and/or omissions of its employees pursuant to the legal doctrine of Respondeat Superior.

7. At said date and time, the Defendant and its employees, agents, and representatives failed to give adequate notice and warning of such hazardous, dangerous, and unsafe condition of the floor which created an unreasonable risk of harm to any persons upon the premises.

8. At said date and time, the Defendant and its employees, agents, and representatives created a hazardous, dangerous, and unsafe condition which created an unreasonable risk of harm and proximately caused the Plaintiff Amanda Yager to suffer personal injuries.

9. At said date and time, the Defendant and its employees, agents, and representatives failed to take reasonable measures to prevent the wet, slippery and dangerous condition from occurring.

10. At said date and time, if the Defendant and its employees, agents, and representatives had acted with reasonable diligence, the dangerous, wet and slippery condition would have been discovered.

11. At said date and time, Defendant and its employees, agents and representatives possessed constructive knowledge of the hazardous and dangerous condition.

12. At said date and time, Defendant and its employees, agents, and representatives were negligent in that they: (a) failed to safely maintain the floors and routinely inspect it or address the hazardous, dangerous, and unsafe conditions in a timely manner (b) knew or should have known that a dangerous, hazardous, and unsafe condition existed on the floor; (c) failed to provide warning signs and/or notice regarding the hazardous, dangerous, and unsafe condition of the floor;

(d) failed to notify and inform persons of the hazardous, dangerous and unsafe condition of the floor; (e) created said hazardous, dangerous, and unsafe condition and failed to correct it and make it safe in a timely manner; and (f) failed to exercise due and reasonable care.

13. Each of the foregoing acts and/or omissions on the part of the Defendant as set forth herein was a direct and proximate cause of the personal injury and damages suffered by the Plaintiff Amanda Yager.

14. As a result of the Defendant's culpable acts and/or omissions as set forth herein, the Plaintiff has incurred and will continue to incur medical expenses, lost wages, loss of earning capacity, pain and suffering, loss of enjoyment of life, emotional distress, and permanent damages for all of which he deserves to be compensated.

15. As a proximate result of the Defendant's culpable acts and/or omissions as set forth herein, the Plaintiff Stephen Yager has suffered a loss of consortium, loss of services, lost wages, incidental expenses, and has provided assistance and care for his spouse, Plaintiff Amanda Yager's injuries for all of which he deserves to be compensated

WHEREFORE, Plaintiffs pray:

a) that Defendants be required to answer the allegations of this Complaint;

b) for a jury of twelve to determine the liability and damages of this matter;

c) for an award of damages in favor of the Plaintiff and against the Defendants in an amount not less than $100,000.00;

d) for an award of damages in favor of the Plaintiff Stephen Yager and against the Defendant in an amount of $25,000.00;

e) for discretionary costs to be taxed to Defendants;

f) for court costs of this cause to be taxed to Defendants, and

g) for other general relief.

Respectfully submitted,

The Law Office of Donald D. Zuccarello

_____
Donald D. Zuccarello, [BPR No. 15092]
Marshall McClarnon, [BPR No. 26465]
3209 West End Avenue
Nashville, Tennessee 37203
(615) 259-8100
Facsimile: (615) 259-8108
Attorney for the Plaintiff.

## COST BOND

I, Donald D. Zuccarello, am surety for the court costs in this cause.

_____
Donald D. Zuccarello