IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA YAGER and | ) | |
| STEPHEN YAGER, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:12-cv-01289 |
| | ) | JURY DEMAND |
| VS. | ) | JUDGE SHARP |
| | ) | MAGISTRATE JUDGE KNOWLES |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

---

**MOTION TO REFER TO MEDIATION OR TO A JUDICIAL SETTLEMENT CONFERENCE**

---

COMES NOW, the Plaintiff, by and through undersigned counsel, and pursuant to Local Rules of the U.S. District Court for the Middle District of Tennessee, Local Rule 16.02 (d) and hereby requests that this Honorable Court either refer the parties for private mediation, or in the alternative, refer the parties for a judicial settlement conference. Counsel for the Plaintiff contends that an attempt at alternative dispute resolution in this case would be beneficial for the parties and for the interests of judicial economy. Counsel for Plaintiff has contacted Defense Counsel about this option but has yet to reach an agreement about alternative dispute resolution. Under the circumstances, Counsel for Plaintiff respectfully requests that the parties in this matter be referred to private mediation, or in the alternative, to a judicial settlement conference.