IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA YAGER and | ) | |
| STEPHEN YAGER, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:12-cv-01289 |
| | ) | JURY DEMAND |
| VS. | ) | JUDGE SHARP |
| | ) | MAGISTRATE JUDGE KNOWLES |
| WAL-MART STORES EAST, LP,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION REQUESTING ENTRY OF
## AGREED STIPULATION AND ORDER

Defendant, Wal-Mart Stores East LP, moves the Court to approve and enter the attached Agreed Stipulation and Final Order of Dismissal with prejudice.

The specific agreement is described in the agreed order, which was signed by all the parties.

        s/ Maria T. de Quesada
        G. Andrew Rowlett, No. 16277
        Maria T. de Quesada, No. 24389
        HOWELL & FISHER, PLLC
        Court Square Building
        300 James Robertson Parkway
        Nashville, TN 37201-1107
        (615) 244-3370
        arowlett@howell-fisher.com
        mdequesada@howell-fisher.com
        Attorneys for defendant

---

[1] Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. It was sued as Wal-Mart Stores, Inc. Wal-Mart Stores East, LP, was named as the sole proper defendant by Agreed Order entered on January 3, 2013. Defendant may be referred to as "Wal-Mart" in this document.

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was electronically filed with the Court, and should therefore be sent via the Court's electronic filing system to: Donald D. Zuccarello, Esq., and Carrie LaBrec. Esq., The Law Office of Donald D. Zuccarello, 3209 West End Avenue, Nashville, TN 37203, attorneys for plaintiffs, on this the 7TH day of July, 2014.

                                                                 s/ Maria T. de Quesada

F:\MTQ\MTQ\A\Yager, Amanda\motion entry agreed order of dismissal.07.07.14.wpd