IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA YAGER and | ) | |
| STEPHEN YAGER, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:12-cv-01289 |
| | ) | JURY DEMAND |
| VS. | ) | JUDGE SHARP |
| | ) | MAGISTRATE JUDGE KNOWLES |
| WAL-MART STORES EAST, LP,[1] | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED STIPULATION AND <u>FINAL</u> ORDER OF DISMISSAL**

It appears to the Court, as evidenced by the signatures of counsel below, that all matters in controversy have been compromised and settled.

It is therefore **ORDERED** that this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED** this ; vj "f c{ "qh"Lwn{."42360

_____
**JUDGE**

**APPROVED FOR ENTRY:**

s/ Maria T. de Quesada
G. Andrew Rowlett, No. 16277
Maria T. de Quesada, No. 24389
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorneys for defendant

---

[1] Wal-Mart Stores East, LP, is the entity that operated the store on the date of this accident. It was sued as Wal-Mart Stores, Inc. Wal-Mart Stores East, LP, was named as the sole proper defendant by Agreed Order entered on January 3, 2013. Defendant may be referred to as "Wal-Mart" in this document.

s/ Carrie LaBrec(with express permission by M. de Quesada)
Donald D. Zuccarello, No. 15092
Carrie LaBrec, No. 26865
THE LAW OFFICE OF DONALD D. ZUCCARELLO
3209 West End Avenue
Nashville, TN 37203
(615) 259-8100
Attorneys for plaintiffs

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was electronically filed with the Court, and should therefore be sent via the Court's electronic filing system to: Donald D. Zuccarello, Esq., and Carrie LaBrec. Esq., The Law Office of Donald D. Zuccarello, 3209 West End Avenue, Nashville, TN 37203, attorneys for plaintiffs, on this the 7th day of July, 2014.

                                          s/ Maria T. de Quesada

F:\MTQ\MTQ\A\Yager, Amanda\Agreed Order of Dismissal.05.15.14.wpd